UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; and WESTERN WASHINTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>NESS & CAMPBELL CRANE, INC. an Oregon corporation,<br><br>Defendant. | No. 2:20-cv-00472-RSL<br><br>**STIPULATION AND ORDER EXTENDING NESS & CAMPBELL CRANE, INC.'S TIME TO RESPOND TO COMPLAINT** |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiff filed this lawsuit on March 17, 2020, and served Defendant with the Summons and Complaint on April 9, 2020.

2. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's deadline to respond to the complaint is April 30, 2020.

STIPULATION AND ORDER EXTENDING DEF'S TIME TO
RESPOND TO COMPLAINT
(2:20-cv-00472-RSL) — 1
4814-3817-0043v.1 -

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

3. In order to allow the parties the opportunity to resolve this matter, the parties stipulate and agree to extend the Defendant's deadline to respond to the complaint by 90 days, from April 30, 2020, to July 29, 2020.

IT IS SO STIPULATED.

DATED this 30th day of May, 2020.

DAVIS WRIGHT TREMAINE, LLP
Attorneys for Defendant Ness & Campbell Crane, Inc.

By */s/ Richard J. Birmingham*
Richard J. Birmingham, WSBA #8685
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-757-8145
Fax: 206-757-7145
E-mail: richbirmingham@dwt.com

By */s/ Christine Hawkins*
Christine Hawkins, WSBA #44972
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004
Telephone: 425-646-6112
Fax: 425-646-6199
E-mail: christinehawkins@dwt.com

REID, McCARTHY, BALLEW & LEAHY, LLP
Attorneys for Plaintiffs Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Western Washington Operating Engineers-Employers Training Trust Fund

By */s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street
North Tower, #300
Seattle, WA 98119

STIPULATION AND ORDER EXTENDING DEF'S TIME TO
RESPOND TO COMPLAINT
(2:20-cv-00472-RSL) — 2
4814-3817-0043v.1 -

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

**<u>ORDER</u>**

Based on the foregoing Stipulation, the Court ORDERS that the deadline for the Defendant to respond to the complaint is extended from April 30, 2020, to July 29, 2020.

IT IS SO ORDERED.

Dated this 1st day of May, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING DEF'S TIME TO
RESPOND TO COMPLAINT
(2:20-cv-00472-RSL) — 3
4814-3817-0043v.1 -

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax