THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al., <br>　　　　　　　　Plaintiffs, <br>　　　　v. <br>NESS & CAMPBELL CRANE, INC., an Oregon corporation, <br>　　　　　　　　Defendants. | NO.   C20-00472-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Richard J. Birmingham and Christine Hawkins, attorneys for Defendant, Ness & Campbell Crane, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 18th day of June, 2020.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY BALLEW, L.L.P. | DAVIS WRIGHT TREMAINE LLP |
| *s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiffs | *s/Richard J. Birmingham* <br> Richard J. Birmingham, WSBA #8685 <br> Christine Hawkins, WSBA #44972 <br> Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiffs and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

Dated this 19th day of June, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.


By *s/Russell J. Reid*
   Russell J. Reid, WSBA #2560
   Attorneys for Plaintiffs